[No. 1544-1.    Division One—Panel 1.    February 5, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. OTHA CLARENCE BAILEY, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 57743, Howard J. Thompson, J., entered Febru-

ary 29, 1972. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, C.J., and James, J.